B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## _Northern_____ District of _____Illinois_____

In re: Kevin Jontel Nelson                                Case No. ____12 B 33089____
_____
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[  ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the
bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ _76.50_____ on or before September 28, 2012

    $ _76.50_____ on or before October 18, 2012

    $ _76.50_____ on or before November 18, 2012

    $ _76.50_____ on or before December 18, 2012

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
on _____ at _____ ; at _____ .
                                                (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: September 13, 2012

United States Bankruptcy Judge